# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JABBOK SCHLACKS and WILLIAM SCHLACKS,<br><br>                  Plaintiffs,<br><br>v.<br><br>NEIL CHHEDA, SCHLACKS 2020 TRANSFER LLC, and RC OPPORTUNITY LLC,<br><br>                  Defendants. | 2:24-CV-04118-BCW |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Neil Chheda, Schlacks 2020 Transfer LLC, and RC Opportunity LLC appeal to the United States Court of Appeals for the Eighth Circuit from the Order Denying Defendants' Motion to Compel Arbitration (doc. 69), entered February 14, 2025.

Dated: March 13, 2025

                                        Respectfully submitted,

                                        LEWIS RICE LLC

                                        By: */s/ Scott A Wissel*
                                             Scott A. Wissel
                                             1010 Walnut, Suite 500
                                             Kansas City, MO 64106
                                             Telephone: 816-421-2500
                                             Facsimile: 816-472-2500
                                             Email: sawissel@lewisricekc.com

                                        (*continued on next page*)

ny-2920689

MORRISON & FOERSTER LLP

By: */s/ Anthony S. Fiotto*

Anthony S. Fiotto (*pro hac vice*)
Nathaniel R. Mendell (*pro hac vice*)
Julia C. Koch (*pro hac vice*)
200 Clarendon Street
Boston, MA 02116
Telephone: 617-648-4700
Facsimile: 617-830-0142
Email: afiotto@mofo.com
Email: nmendell@mofo.com
Email: jkoch@mofo.com

*Attorneys for Neil Chheda, Schlacks 2020 Transfer LLC, and RC Opportunity LLC*

## CERTIFICATE OF SERVICE

I, Scott A. Wissel, hereby certify that a copy of the foregoing Notice of Appeal, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filings on March 13, 2025.

Dated: March 13, 2025              */s/ Scott A. Wissel*
                                   Scott A. Wissel