U.S. COURT OF APPEALS - EIGHTH CIRCUIT
NOTICE OF APPEAL SUPPLEMENT

# MISSOURI WESTERN DISTRICT – JEFFERSON CITY

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case).

Case Caption: Schlacks et al v. Chheda et al

Case No. 2:24-cv-04118-BCW

Appellant: **Neil Chheda, Schlacks 2020 Transfer, LLC, RC Opportunity, LLC**

Appellee: **Jabbok Schlacks, William Schlacks**

Appellant's Attorney(s):
**Scott A Wissel**
Lewis Rice LLC-KCMO
One Petticoat Lane
1010 Walnut
Suite 500
Kansas City, MO 64106-2141
(816)472-2568
Fax: (816)472-2500
Email: sawissel@lewisricekc.com

**Anthony S. Fiotto**
Morrison & Foerster LLP
200 Clarendon Street
Ste 21st Floor
Boston, MA 02116
617-648-4700
Email: afiotto@mofo.com

**Eric Lawson**
Morrison & Foerster LLP
250 W. 55th Street
New York, NY 10019
212-468-8000
Fax: 212-468-7900
Email: elawson@mofo.com

**Julia Koch**
Morrison & Foerster LLP
200 Clarendon Street
Boston, MA 02116
617-648-4700
Email: jkoch@mofo.com

**Nathaniel Mendell**
Morrison & Foerster LLP
200 Clarendon Street
Boston, MA 02116
617-648-4700
Fax: 617-830-0142
Email: nmendell@mofo.com

Appellee's Attorney(s):
**Catherine Paige Lohse**
Barnes & Thornburg LLP
1 N. Wacker Dr.
Suite 4400
Chicago, IL 60606
312-214-8301
Fax: 312-759-5646
Email: paige.lohse@btlaw.com

**Kyle J.H. Prillaman**
Barnes & Thornburg LLP
One North Wacker Drive
Suite 4400
Chicago, IL 60606
217-649-0629
Email: kyle.prillaman@btlaw.com

**Scott Richard Ast**
Scharnhorst Ast Kennard Griffin, PC
1100 Walnut St.
Suite 1950
Kansas City, MO 64106
(816) 268-9402
Fax: (816) 268-9409
Email: sast@sakg.com

**Mariana Renke**
One North Wacker Drive
Suite 4400
Chicago, IL 60606
(312) 214-5649
Email: mariana.renke@btlaw.com

**Michele F. Sutton**
Scharnhorst Ast Kennard Griffin, PC
1100 Walnut St.
Suite 1950
Kansas City, MO 64106
(816) 268-9418
Fax: (816) 268-9409
Email: msutton@sakg.com

**Vincent Paul Schmeltz , III**
Barnes & Thornburg LLP
One North Wacker Drive
Suite 4400
Chicago, IL 60606-2883
312-214-4830
Email: tschmeltz@btlaw.com

| Court Reporter(s): | Please return files and documents to: |
| --- | --- |
| N/A | |

**United States District Court**
**Clerk's Office**
**80 Lafayette Street**
**Jefferson City, MO 65101**

Contact Person for Appeal:
Crystal Berner
573-556-7563
Crystal_berner@mow.uscourts.gov

| Length of Trial: N/A | Fee: Paid | IFP: No | Pending IFP Motion: No |
| --- | --- | --- | --- |
| Counsel: | Pending Motions: Yes | Local Interest: No | Simultaneous Release: No |

**Criminal Cases / Prisoner Pro Se Cases Only: N/A**

**Special Comments:**
Pending Motion doc. (72) Motion to amend/correct Scheduling Order.
Pending Motion doc. (76) Consent motion to stay re Notice of Appeal.