IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| JABBOK SCHLACKS, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:24-CV-04118-BCW |
| NEIL CHHEDA, et al., | ) |
| Defendants. | ) |

# **ORDER**

Before the Court are Defendants' unopposed motion for stay pending interlocutory appeal (Doc. #76) and Plaintiffs' motion to amend/correct the Court's Scheduling Order (Doc. #72). The Court, being duly advised of the premises, grants Defendants' stay motion and denies as moot Plaintiffs' motion to amend the Court's Scheduling Order.

On February 14, 2025, the Court filed its Order that, among other things, denied Defendants motion to compel arbitration. (Doc. #69). On February 25, 2025, Plaintiffs filed their motion to amend the Court's Scheduling Order to extend the deadline for Plaintiffs to file amended pleadings, allowing more time for discovery before Plaintiffs had to decide whether to amend their complaint. (Doc. #72).

On March 13, 2025, Defendants filed their notice of appeal of the Court's Order denying Defendants' motion to compel arbitration. (Doc. #75). On the same day, Defendants also filed their motion to stay proceedings pending the interlocutory appeal. (Doc. #76). Defendants represent that Plaintiffs do not object to Defendants' motion.

The Court grants Defendants' motion to stay proceedings pending ruling on the interlocutory appeal. Furthermore, because of the interlocutory appeal, Plaintiffs motion to amend

the Court's Scheduling Order is moot. Once the interlocutory appeal is resolved, Plaintiffs may refile their motion. Accordingly, it is hereby

ORDERED Defendants' unopposed motion for stay pending interlocutory appeal (Doc. #76) is GRANTED. The above-captioned matter is STAYED pending the Eighth Circuit Court of Appeals' ruling on Defendants' interlocutory appeal. It is further

ORDERED the parties shall contact the Court upon any ruling by the Eighth Circuit Court of Appeals that impacts this matter. It is further

ORDERED this matter is set for a status conference by telephone on **June 24, 2025 at 10:00 a.m.** The Courtroom Deputy shall arrange participation in the conference. It is further

ORDERED Plaintiffs' motion to amend/correct the Court's Scheduling Order (Doc. #72) is DENIED AS MOOT.

IT IS SO ORDERED.

DATE: March 17, 2025 /s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT